## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

CLARENCE MASON,                          *
                                         *
                Plaintiff,               *
                                         *
v.                                       *
                                         *        No. 3:13-cv-00020-SWW-JJV
                                         *
BECKY HITT, Jail Administrator, Poinsett *
County Jail; *et al.*                    *
                                         *
                Defendants.              *

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No timely objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Plaintiff's Complaint is DISMISSED with prejudice for failure to state a claim upon which relief may be granted.

2.      This dismissal is considered a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3.      The Court certifies that an *in forma pauperis* appeal from an Order and Judgment dismissing this action will not be taken in good faith.  28 U.S.C. § 1915(a)(3).

DATED this 15th day of February, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE