**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

CLARENCE MASON,                          *
                                         *
                    Plaintiff,           *
v.                                       *
                                         *         No. 3:13-cv-00020-SWW-JJV
BECKY HITT, Jail Administrator, Poinsett *
County Jail; *et al.*                    *
                                         *
                    Defendants.          *

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.   Dismissal of this action constitutes a "strike" for the purposes of 28 U.S.C. § 1915(g).  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 15th day of February, 2013.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE